In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-229 CV


____________________



AMERICAN LEGAL SERVICES, INC., 


TRUSTEE FOR MEDOC TRUST, Appellant



V.



JACQUES S. JAIKARAN, M.D., Appellee






On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 04-04-02825-CV






MEMORANDUM OPINION (1)


 The appellant, American Legal Services, Inc., Trustee for Medoc Trust, and the
appellee, Jacques S. Jaikaran, M.D., filed a joint motion to dismiss this accelerated appeal
with prejudice. The parties allege they have settled all disputes and agreed to dismiss this
appeal. The Court finds that the motion is voluntarily made by the parties through their
attorneys of record prior to any decision of this Court and should be granted. Tex. R.
App. P. 42.1(a)(1), (2).

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. All costs are assessed against the incurring party. 

 PER CURIAM

Opinion Delivered July 22, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.